COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR RECONSIDERATION

Appellate case name:        Alma Salman v. KIPP, INC.

Appellate case number:    01-19-00886-CV

Trial court case number:  2016-44671

Trial court:                      334th District Court of Harris County

      It is ordered that Appellee's Motion to Reconsider Denial of Motion to Dismiss Appeal as Untimely is **DENIED**.

Judge's signature: _____/s/ Sarah B. Landau_____
                          Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly and Landau

Date: _____February 4, 2020_____